UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                                  Case No. 24-20250-1
                                                                    Honorable Linda V. Parker

DONNELL LEMAN SIMS,

        Defendant.
_____/

## ORDER REVOKING BOND

On November 20, 2024, the Court held an expedited bond review hearing in this matter. For the reasons stated on the record,

**IT IS HEREBY ORDERED** that Defendant's bond is revoked and he is remanded to the custody of the U.S. Marshal.

**IT IS FURTHER ORDERED** that Defendant's motion to modify conditions of pretrial release (ECF No. 131) is DENIED as moot.

                                        s/ Linda V. Parker
                                        LINDA V. PARKER
                                        U.S. DISTRICT JUDGE

Dated: November 20, 2024